No. 71–6176. MAFFEI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

MR. JUSTICE DOUGLAS, dissenting.

Seven courts of appeals, including the court below, have held that a federal defendant who presents evidence in his behalf thereby waives any error in a prior denial of a motion for acquittal made at the close of the Government's case. *United States* v. *Haskell,* 327 F. 2d 281, 282, n. 2 (CA2); *United States* v. *Feldman,* 425 F. 2d 688, 692 (CA3); *United States* v. *Cashio,* 420 F. 2d 1132, 1134 (CA5); *United States* v. *Carabbia,* 381 F. 2d 133, 138 (CA6); *Cline* v. *United States,* 395 F. 2d 138, 144 (CA8); *Viramontes-Medina* v. *United States,* 411 F. 2d 981, 982 (CA9); *United States* v. *Greene,* 442 F. 2d 1285, 1286–1287, n. 3 (CA10). Two other courts of appeals, however, have held that presentation of a defense is not a waiver. *United States* v. *Rizzo,* 416 F. 2d 734, 736 n. 3 (CA7); *Cephus* v. *United States,* 117 U. S. App. D. C. 15, 324 F. 2d 893. I would grant this petition to resolve the conflict. Rule 19 (1)(b) of the Rules of this Court.

No. 71–5773. FAIR v. WIGGINS, 405 U. S. 971;

No. 71–5850. GRAHAM v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. (AEROJET-GENERAL CORP. ET AL., REAL PARTIES IN INTEREST), 405 U. S. 993;

No. 71–5853. TIMMONS v. PENNSYLVANIA ET AL., 405 U. S. 993;

No. 71–5877. SMART v. UNITED STATES, 405 U. S. 998;

No. 71–5888. BAXTER v. DAVIS ET AL., 405 U. S. 999; and

No. 71–5889. DENMAN ET AL. v. SCANNELL ET AL., 405 U. S. 994. Petitions for rehearing denied.